# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TYRONE L. SCOTT**  **PLAINTIFF**
**ADC #147551**

**v.**  **CASE NO. 4:23-CV-810 JM**

**WAYNE HOLDEN, JR.,** *et al*.  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 3rd day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE