IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TYRONE L. SCOTT**                                                                                         **PLAINTIFF**
**ADC #147551**

v.                                       **CASE NO. 4:23-CV-810 JM**

**WAYNE HOLDEN, JR.,** *et al.*                                                                    **DEFENDANTS**

### ORDER

Plaintiff Tyrone Scott's Motion for Default Judgment (Doc. 13) is DENIED. This case is closed. The Clerk is directed to send Mr. Scott a copy of the Court's October 3rd Order and Judgment along with a copy of the docket sheet and this Order.

IT IS SO ORDERED this 6th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE